| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Carl Gerard Dorvil<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–7255<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: 7    4/20/23 |
| Case number: | 23–30771–sgj7 | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carl Gerard Dorvil | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1114 Newcastle Dr.<br>Rockwall, TX 75032 | |
| 4. | **Debtor's attorney**<br>Name and address | Guy H. Holman<br>Guy Harvey Holman, PLLC<br>8330 Lyndon B Johnson Fwy<br>Suite B646<br>Dallas, TX 75243 | Contact Phone: 972–325–2900<br>Email: gholman@debtreset.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey H. Mims<br>Jeffrey H. Mims, Trustee<br>Founders Square, Suite 560<br>900 Jackson Street<br>Dallas, TX 75202 | Contact Phone: (214) 210–2913<br>Email: jeffm@chfirm.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br><br>Contact Phone: 214–753–2000<br><br>Date: 4/20/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | May 16, 2023 at 11:20 AM<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: **Jeffrey H. Mims**<br>Toll free number: **877–952–7318**<br>Alternate number: **517–233–6508**<br>Participant Code: **3328409** |
| **Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.** | | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/17/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

# INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

### Additional Dial−In Information:

(1) You must use a touch−tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

### Bankruptcy Documents:

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                                      Case No. 23-30771-sgj

Carl Gerard Dorvil                                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3                                           User: admin                                           Page 1 of 2

Date Rcvd: Apr 21, 2023                              Form ID: 309A                                    Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carl Gerard Dorvil, 1114 Newcastle Dr., Rockwall, TX 75032-7481 |
| tr | + | Jeffrey H. Mims, Jeffrey H. Mims, Trustee, Founders Square, Suite 560, 900 Jackson Street, Dallas, TX 75202-4404 |
| 20127519 | + | Ariel Bouskila Esq, 5 Hanover Square Ste 2102, New York, NY 10004-2635 |
| 20127521 | + | Benchmark Title, 2007 Randle Street, Dallas, TX 75201-1500 |
| 20127522 | + | C6 Capital, 351 E 84th ST Suite #27E New York NY, New York, NY 10028-4458 |
| 20127523 | + | Calvary Fund I, LP, c/o Fox Rothschild LP, LP 101 Park Ave, 17th FL, New York, NY 10178-1700 |
| 20127524 | + | Charles and Kathleen Mason, 5 Wagener Place, Hilton Head Island, SC 29928-3909 |
| 20127525 | + | Compass Bank, c/o John M Kuykendall, 15601 Dallas Parkway STE 900, Addison, TX 75001-6098 |
| 20127529 | + | Hop Capital, c/o Ariel Bouskila; Berkovitch & Bouskil, 5 Hanover Square Ste 2102, New York, NY 10004-2635 |
| 20127532 | + | Jeffrey Fleischmann, 150 Broadway STE 900, New York, NY 10038-4348 |
| 20127533 | + | Kings Cash Group, 40 Exchange Place STE 1306, New York, NY 10005-2743 |
| 20127534 | + | Kings Cash Group, 30 Broad Street, Suite 1201, New York, NY 10004-2304 |
| 20127536 | | North Texas Capital Partner, c/o Carlos R Cortez, 1280 N Central Expy STE 360, Dallas, TX 75243 |
| 20127537 | + | Payroll Express, 1871 Martin Ave, Santa Clara, CA 95050-2501 |
| 20127538 | | Texans Cu, Richardson, TX 75081 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: gholman@debtreset.net | Apr 21 2023 21:06:00 | Guy H. Holman, Guy Harvey Holman, PLLC, 8330 Lyndon B Johnson Fwy, Suite B646, Dallas, TX 75243 |
| 20127520 | + | Email/Text: bcd@oag.texas.gov | Apr 21 2023 21:07:00 | Attorney General of Texas, Bankruptcy Division, P.O. Box 12548, Austin, TX 78711-2548 |
| 20127530 | | EDI: IRS.COM | Apr 22 2023 01:03:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 20127535 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 21 2023 21:07:00 | Linebarger, Goggan Blain & Sampson, 2777 N. Stemmons Fwy, Suite 100, Dallas, TX 75207-2502 |
| 20127539 | | Email/Text: pacer@cpa.state.tx.us | Apr 21 2023 21:07:00 | Texas Comptroller of Public Accounts, Revenue Accting Div.,-Banker Section, P.O. Box 13528, Austin, TX 78711-3528 |
| 20127540 | | Email/Text: collections.pacer@twc.texas.gov | Apr 21 2023 21:07:00 | Texas Workforce Commission, 101 E. 15th St., Austin, TX 78778-0001 |
| 20127541 | ^ | MEBN | Apr 21 2023 21:05:12 | US Attorney General, Dept of Justice/Main Justice Bldg, 10th & Constitution Ave NW, Washington, DC 20530-0001 |
| 20127542 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 21 2023 21:07:00 | US Trustee Office, 1100 Commerce St., Room |

| District/off: 0539-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2023 | Form ID: 309A | Total Noticed: 23 |

976, Dallas, TX 75242-0996

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20127531 | *+ | Internal Revenue Service, Mail Code DAL - 5020, 1100 Commerce St., Dallas, TX 75242-1100 |
| 20127526 | ##+ | Complete Business Solutions Group, Inc.Court-, 22 N 3rd Street, Philadelphia, PA 19106-2113 |
| 20127527 | ##+ | EIN Capital, 160 Pearl st FL 5 New York, NY 10005, New York, NY 10005-1631 |
| 20127528 | ##+ | EMA Financial, 40 Wall Street, New York, NY 10005-1366 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023                             Signature:    /s/Gustava Winters