Phillip L. Lamberson
Texas Bar No. 00794134
Jason A. Enright
Texas Bar No. 24087475
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone:  (214) 745-5400
Facsimile:  (214) 745-5390
plamberson@winstead.com
jenright@winstead.com

**ATTORNEYS FOR CHARLES AND
KATHLEEN MASON**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-30771-sgj7** |
| **CARL GERARD DORVIL,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** the *Emergency Motion of Charles and Kathleen Mason for Relief from the Automatic Stay and Related Relief* [Docket No.8], filed by Charles and Kathleen Mason, has been set for a hearing on **Monday, May 1, 2023, at 1:30 p.m.**, before the Honorable Stacey G. C. Jernigan, Chief United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas.  In accordance with General Order 2021-06 and Judge Jernigan's procedures, this hearing will be conducted by hybrid means (i.e., both in-person and remote video conference).  Judge Jernigan's Video and Telephonic Hearing Policy may be obtained at **https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan**.

The WebEx videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 479 393 582

**DATED:  April 27, 2023.**

    Respectfully submitted,

    **WINSTEAD PC**
    500 Winstead Building
    2728 N. Harwood Street
    Dallas, Texas 75201
    (214) 745-5400 (Phone)
    (214) 745-5390 (Facsimile)

    By: */s/ Jason A. Enright*
        Phillip L. Lamberson
        Texas Bar No. 00794134
        Jason A. Enright
        Texas Bar No. 24087475

    **ATTORNEYS FOR CHARLES AND KATHLEEN MASON**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2023, a true and correct copy of the foregoing document was (i) mailed via First Class Mail on the parties below; and (ii) electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

                                         */s/ Jason A. Enright*
                                         Jason A. Enright

**Debtor:**

Carl Gerard Dorvil
1114 Newcastle Dr.
Rockwall, Texas 75032

**Attorney for Debtor:**

Guy H. Holman
Guy Harvey Holman, PLLC
8330 Lyndon B Johnson Fwy
Suite B646
Dallas, Texas 75243

**Chapter 7 Trustee:**

Jeffrey H. Mims, Trustee
Founders Square, Suite 560
900 Jackson Street
Dallas, Texas 75202

**United States Trustee:**

United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75202

**List of Creditors:**

Ariel Bouskila Esq
5 Hanover Square Ste 2102
New York, NY 10004

Attorney General of Texas
Bankruptcy Division

P.O. Box 12548
Austin, TX 78711-2540

Benchmark Title
2007 Randle Street
Dallas, TX 75201

C6 Capital
351 E 84th ST Suite #27E New York NY
New York, NY 10028

Calvary Fund I, LP
c/o Fox Rothschild LP
LP 101 Park Ave, 17th FL
New York, NY 10178

Compass Bank
c/o John M Kuykendall
15601 Dallas Parkway STE 900
Addison, TX 75001

Complete Business Solutions Group, Inc.
22 N 3rd Street
Philadelphia, PA 19106

EIN Capital
160 Pearl st FL 5 New York, NY 10005
New York, NY 10005

EMA Financial
40 Wall Street
New York, NY 10005

Hop Capital
c/o Ariel Bouskila; Berkovitch & Bouskil
5 Hanover Square, Ste 2102
New York, NY 10004

Internal Revenue Service
Centralized Insolvency Operations
P.O.Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL - 5020
1100 Commerce St.

Dallas, TX 75242

Jeffrey Fleischmann
150 Broadway STE 900
New York, NY 100038

Kings Cash Group
40 Exchange Place STE 1306
New York, NY 10005

Kings Cash Group
30 Broad Street, Suite 1201
New York, NY 10004

Linebarger, Goggan Blair & Sampson
2777 N. Stemmons Fwy
Suite 100
Dallas, TX 75207

North Texas Capital Partner
c/o Carlos R Cortez
1280 N Central Expy STE 360
Dallas, TX 75243

Payroll Express
1871 Martin Ave
Santa Clara, CA 95050

Texans Cu
Richardson, TX 75081

Texas Comptroller of Public Accounts
Revenue Accting Div,-Banker Section
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778-0001

US Attorney General
Dept of Justice/Main Justice Bldg
10th & Constitution Ave NW
Washington, DC 20530-0001