Charles B. Hendricks
State Bar No. 09451050
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7302
Email: chuckh@chfirm.com

Proposed Attorneys for Jeffrey H. Mims, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In Re:<br><br>CARL GERARD DORVIL,<br><br>Debtor. | § § § § § § § § | Case No. 23-30771-sgj7<br><br>No hearing requested. |

# TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ATTORNEY

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON MAY 19, 2023, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

COMES NOW, Jeffrey H. Mims, Chapter 7 Trustee in the above styled and numbered case (the "Trustee" and/or "Applicant"), and makes this **Trustee's Application for Employment of Attorney** and would show the Court as follows:

1. The Trustee requires the services of an attorney for the following purposes:

    a. To assist the Trustee with an emergency Motion to Lift Stay;

    b. To assist the Trustee with the investigation of other assets;

    c. To advise and consult with the Trustee concerning questions arising in the conduct of the administration of the estate and concerning the Trustee's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

    d. To appear for, prosecute, defend and represent the Trustee's interest in suits arising in or related to this case;

    e. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate; and

    f. To investigate what means may be necessary to preserve certain property rights owned by the estate and to determine and take all necessary and reasonable actions for the preservation and/or liquidation of such assets where necessary.

2. For the foregoing and all other necessary and proper purposes, Applicant desires to retain the law firm of CAVAZOS HENDRICKS POIROT, P.C. as counsel.

3. Because the attorneys of CAVAZOS HENDRICKS POIROT, P.C. concentrate their practice in the fields of bankruptcy, corporate reorganization and debtor/creditor matters, and because of the firm's experience in those fields, Applicant feels that they are well qualified to render the foregoing services.

4. Applicant believes that said attorneys do not hold or represent any interest adverse to that of your applicant or this bankruptcy estate, and that said attorneys are disinterested persons within the meaning of 11 U.S.C. § 101(14). Attached hereto is the Rule 2014 Statement of Connections signed by Charles B. Hendricks, a shareholder of CAVAZOS HENDRICKS POIROT, P.C. Applicant is informed that the normal hourly billing rates of said attorneys range between $250 per hour and $550 per hour and $50 to $170 per hour for paraprofessional services. Said attorneys

estimate their fees will range from $5,000.00 to $10,000.00 and it is contemplated that said attorneys will seek compensation based upon normal and usual hourly billing rates.

5. Applicant understands that said attorneys will seek compensation, both on an interim basis during the case as permitted by 11 U.S.C. § 331 and on a final basis, pursuant to 11 U.S.C. § 330.

WHEREFORE, Applicant prays that he be authorized to employ the law firm of CAVAZOS HENDRICKS POIROT, P.C. as his attorneys to render services in the areas described above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Respectfully submitted,

_____
Jeffrey H. Mims, Trustee

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served April 28, 2023 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means and via first class mail, postage prepaid on the following:

| | |
|---|---|
| U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-1496 | Guy H. Holman<br>Guy Harvey Holman, PLLC<br>8330 Lyndon B Johnson Fwy, Suite B646<br>Dallas, TX 75243 |
| Carl Gerard Dorvil<br>1114 Newcastle Dr.<br>Rockwall, TX 75032 | Jeffrey H. Mims, Trustee<br>900 Jackson Street, Suite 560<br>Dallas, TX 75202 |

/s/ Charles B. Hendricks
Charles B. Hendricks
State Bar No. 09451050
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7302
Email: chuckh@chfirm.com

Proposed Attorneys for Jeffrey H. Mims
Chapter 7 Trustee

Charles B. Hendricks
State Bar No. 09451050
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7302
Email: chuckh@chfirm.com

Proposed Attorneys for Jeffrey H. Mims, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: | § § § | |
| CARL GERARD DORVIL, | § § | Case No. 23-30771-sgj7 |
| Debtor. | § § § | No hearing requested. |

# RULE 2014 STATEMENT OF CONNECTIONS

I, Charles B. Hendricks, hereby declare under penalty of perjury the following:

I am a shareholder in the law firm of Cavazos Hendricks Poirot, P.C. and have been asked to be employed as attorney for the Trustee in this case.

Neither I, nor Cavazos Hendricks Poirot, P.C., has any known connections with the Debtor, the United States Trustee or any person employed in the office of the United States Trustee, and – to the extent heretofore identified in the filings in this case – the creditors, any other party in interest, their respective attorneys or accountants. For purposes of disclosure, Jeffrey H. Mims subleases office space from Cavazos Hendricks Poirot, P.C., but there are no other financial or business connections.

Dated this 28th day of April, 2023.

_____
Charles B. Hendricks