BTXN 176 (rev. 12/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                              §
Carl Gerard Dorvil                                  §      Case No.:  23−30771−sgj7
                                                    §      Chapter No.:  7
                            Debtor(s)               §

## NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
### (Official Form 423)

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727) . Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423)* as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 423 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED:  4/26/23                          FOR THE COURT:
                                         Robert P. Colwell, Clerk of Court

*NOTE: Official Form 423 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

United States Bankruptcy Court

Northern District of Texas

In re:                                                                    Case No. 23-30771-sgj

Carl Gerard Dorvil                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: BTXN176 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

**Recip ID**                **Recipient Name and Address**
db                   +  Carl Gerard Dorvil, 1114 Newcastle Dr., Rockwall, TX 75032-7481

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Guy H. Holman | on behalf of Debtor Carl Gerard Dorvil gholman@debtreset.net  14246@notices.nextchapterbk.com |
| Jason Alexander Enright | on behalf of Creditor Kathleen Mason jenright@winstead.com |
| Jason Alexander Enright | on behalf of Creditor Charles Mason jenright@winstead.com |
| Jeffrey H. Mims | jhm@trustesolutions.net |
| Phillip L. Lamberson | on behalf of Creditor Kathleen Mason plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Creditor Charles Mason plamberson@winstead.com |

District/off: 0539-3                        User: admin                        Page 2 of 2

Date Rcvd: Apr 27, 2023                      Form ID: BTXN176                    Total Noticed: 1

United States Trustee

                ustpregion06.da.ecf@usdoj.gov

TOTAL: 7