# Justworks

# Wage Statement

| Pay Period Start | Pay Period End | Pay Date |
|---|---|---|
| 03/01/2023 | 03/15/2023 | 03/15/2023 |

**Justworks Employment Group LLC 46-2283648**

PEO for XO Health, LLC
901 18th Street
Plano, TX 75074
(866) 509-3122

**Carl Dorvil**

1114 Newcastle Drive
Rockwall, TX 75032

| Payment Summary | |
|---|---:|
| Gross earnings | $8,333.33 |
| Total taxes and deductions | -$1,830.15 |
| **Net pay** | **$6,503.18** |
| Direct deposit to **NBKC BANK XXXX4740** | $6,503.18 |

| Gross Earnings | | | | |
|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Current** | **YTD** |
| Salary ($200,000.00/year) | | | $8,333.33 | $47,916.67 |
| **Gross Earnings Totals** | | | **$8,333.33** | **$47,916.67** |

| Taxes Withheld | | |
|---|---:|---:|
| **Description** | **Current** | **YTD** |
| Federal Income Tax | $1,187.04 | $7,388.70 |
| Social Security | $516.29 | $2,968.96 |
| Medicare | $120.75 | $694.35 |
| **Taxes Withheld Totals** | **$1,824.08** | **$11,052.01** |

| Pre-Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **YTD** |
| Dental | $4.00 | $20.02 |
| Vision | $2.07 | $10.35 |
| **Pre-Tax Deductions Totals** | **$6.07** | **$30.37** |

| After-Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **YTD** |
| **After-Tax Deductions Totals** | **$0.00** | **$0.00** |

| Paid Time Off (PTO) Policies | | | |
|---|---|---|---|
| **Description** | **Used** | **Accrued** | **Balance** |
| PTO Policy | | | 3.96 days |

# Justworks

# Wage Statement

| Pay Period Start | Pay Period End | Pay Date |
|---|---|---|
| 03/16/2023 | 03/31/2023 | 03/31/2023 |

**Justworks Employment Group LLC 46-2283648**

PEO for XO Health, LLC
901 18th Street
Plano, TX 75074
(866) 509-3122

**Carl Dorvil**

1114 Newcastle Drive
Rockwall, TX 75032

## Payment Summary

| | |
|---|---|
| Gross earnings | $8,333.33 |
| Total taxes and deductions | -$1,830.16 |
| **Net pay** | **$6,503.17** |
| Direct deposit to **NBKC BANK XXXX4740** | $6,503.17 |

## Gross Earnings

| Description | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary ($200,000.00/year) | | | $8,333.33 | $56,250.00 |
| **Gross Earnings Totals** | | | **$8,333.33** | **$56,250.00** |

## Taxes Withheld

| Description | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,187.04 | $8,575.74 |
| Social Security | $516.29 | $3,485.25 |
| Medicare | $120.75 | $815.10 |
| **Taxes Withheld Totals** | **$1,824.08** | **$12,876.09** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | $4.01 | $24.03 |
| Vision | $2.07 | $12.42 |
| **Pre-Tax Deductions Totals** | **$6.08** | **$36.45** |

| After-Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **YTD** |
| **After-Tax Deductions Totals** | **$0.00** | **$0.00** |

| Paid Time Off (PTO) Policies | | | |
|---|---|---|---|
| **Description** | **Used** | **Accrued** | **Balance** |
| PTO Policy | | | 4.43 days |

# Justworks

# Wage Statement

| Pay Period Start | Pay Period End | Pay Date |
|---|---|---|
| 04/01/2023 | 04/15/2023 | 04/14/2023 |

**Justworks Employment Group LLC 46-2283648**

PEO for XO Health, LLC
901 18th Street
Plano, TX 75074
(866) 509-3122

**Carl Dorvil**

1114 Newcastle Drive
Rockwall, TX 75032

| Payment Summary | |
|---|---|
| Gross earnings | $8,333.33 |
| Total taxes and deductions | -$1,830.15 |
| **Net pay** | **$6,503.18** |
| Direct deposit to **NBKC BANK XXXX4740** | $6,503.18 |

| Gross Earnings | | | | |
|---|---|---|---|---|
| Description | Rate | Hours | Current | YTD |
| Salary ($200,000.00/year) | | | $8,333.33 | $64,583.33 |
| **Gross Earnings Totals** | | | **$8,333.33** | **$64,583.33** |

| Taxes Withheld | | |
|---|---|---|
| Description | Current | YTD |
| Federal Income Tax | $1,187.04 | $9,762.78 |
| Social Security | $516.29 | $4,001.54 |
| Medicare | $120.75 | $935.85 |
| **Taxes Withheld Totals** | **$1,824.08** | **$14,700.17** |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| Dental | $4.00 | $28.03 |
| Vision | $2.07 | $14.49 |
| **Pre-Tax Deductions Totals** | **$6.07** | **$42.52** |

| After-Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **YTD** |
| **After-Tax Deductions Totals** | **$0.00** | **$0.00** |

| Paid Time Off (PTO) Policies | | | |
|---|---|---|---|
| **Description** | **Used** | **Accrued** | **Balance** |
| PTO Policy | | | 4.82 days |

# Justworks

# Wage Statement

| Pay Period Start | Pay Period End | Pay Date |
|---|---|---|
| 04/16/2023 | 04/30/2023 | 04/28/2023 |

**Justworks Employment Group LLC 46-2283648**

PEO for XO Health, LLC
901 18th Street
Plano, TX 75074
(866) 509-3122

**Carl Dorvil**

1114 Newcastle Drive
Rockwall, TX 75032

| Payment Summary | |
|---|---|
| Gross earnings | $8,333.33 |
| Total taxes and deductions | -$1,830.16 |
| **Net pay** | **$6,503.17** |
| Direct deposit to **NBKC BANK XXXX4740** | $6,503.17 |

## Gross Earnings

| Description | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary ($200,000.00/year) | | | $8,333.33 | $72,916.66 |
| **Gross Earnings Totals** | | | **$8,333.33** | **$72,916.66** |

## Taxes Withheld

| Description | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,187.04 | $10,949.82 |
| Social Security | $516.29 | $4,517.83 |
| Medicare | $120.75 | $1,056.60 |
| **Taxes Withheld Totals** | **$1,824.08** | **$16,524.25** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | $4.01 | $32.04 |
| Vision | $2.07 | $16.56 |
| **Pre-Tax Deductions Totals** | **$6.08** | **$48.60** |

| After-Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **YTD** |
| **After-Tax Deductions Totals** | **$0.00** | **$0.00** |

| Paid Time Off (PTO) Policies | | | |
|---|---|---|---|
| **Description** | **Used** | **Accrued** | **Balance** |
| PTO Policy | | | 5.22 days |