Business Merchant Funding
c/o Berkovitch & Bouskila, PLLC
80 Broad St,
New York, NY 10004


Joe Frontiere
9235 W Marsh Island,
Vero Beach, FL 32963


Nuaxess, Inc
1111 Beltline Rd, Suite 108E
Garland, TX 75040


Primeaxess  2
1111 Beltline Rd, Suite 108E
Garland, TX 75040


Quad M Solutions
9235 W Marsh Island
Vero Beach, FL 32963


Quest Diagnostics
PO Box 9000
South Windsor, CT 06074-9000


Setco International Forwarding Co.
12409 Jupiter Road
Dallas, TX 75218

United States Bankruptcy Court

Northern District of Texas

In re: Carl Gerard Dorvil

Case No. 23-30771-7

Chapter 7

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/05/2023

/s/ Carl Gerard Dorvil
Signature of Debtor

_____
Signature of Joint Debtor