Charles B. Hendricks
State Bar No. 09451050
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7302
Email: chuckh@chfirm.com

Proposed Attorneys for Jeffrey H. Mims, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In Re: § § § CARL GERARD DORVIL, § § Debtor. § § § | Case No. 23-30771-sgj7 |

# CERTIFICATE OF NO OBJECTIONS FILED

COMES NOW, Jeffrey H. Mims, the Chapter 7 Trustee (the "**Trustee**"), by and through his counsel, and files this **Certificate of No Objections Filed** (the "**Certificate**") with regard to the **Trustee's Application for Employment of Attorney** [Docket No. 16] (the "**Application**") in the above-referenced case. The Trustee hereby certifies to the Court that all parties have been notified of the Application by proper service, that the twenty-one-day deadline for response or objection has passed as of May 19, 2023, and that to his knowledge, no objections or responses have been filed or served upon our office as of the time of filing of this Certificate.

Dated May 25, 2023.

        Respectfully submitted,

        /s/ Charles B. Hendricks
        Charles B. Hendricks
        State Bar No. 09451050
        CAVAZOS HENDRICKS POIROT, P.C.
        Suite 570, Founders Square
        900 Jackson Street
        Dallas, TX 75202
        Direct Dial: (214) 573-7302
        Email: chuckh@chfirm.com

        Proposed Attorneys for Jeffrey H. Mims
        Chapter 7 Trustee