ntcclm (rev. 12/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Carl Gerard Dorvil § Case No.: 23−30771−sgj7
 § Chapter No.: 7
 Debtor(s) §

# NOTICE TO FILE CLAIM

**TO THE DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:**

1. Notice was previously given that an order for the relief under the U.S. Bankruptcy Code had been entered on a petition filed by or against the above referenced debtor.
2. The original notice states that there were no apparent assets and the creditors should not file proofs of claim. However, assets have now been recovered from which it appears that payment to creditors may be possible. Accordingly, **September 20, 2023** is fixed as the last day for filing proofs of claim. Governmental units should refer to 11 USC section 502(b)(9) to determine the last day for filing a proof of claim.
3. A creditor must now file a proof of claim within the time limit in order to share in any distribution from the estate, except as provided in 11 U.S.C Section 501(c). A proof of claim must conform substantially to Official Form 410. A Proof of Claim form ("Official Form 410") can be filed online at the Bankruptcy Court's Website: (http://www.txnb.uscourts.gov) or at any bankruptcy clerk's office. It is necessary to file a claim even if the debtor has scheduled you correctly as a creditor on the lists filed with the Court. If you have previously filed a proof of claim in this case, this notice does not require you to refile your claim. To receive acknowledgement of receipt by the clerk, enclose a copy of the claim and an adequate sized self−addressed stamped envelope.
4. Claims must be filed with the:

    U.S. Bankruptcy Court 1100 Commerce Street
    Room 1254
    Dallas, TX 75242

**FILE YOUR CLAIM ONLINE**

The United States Bankruptcy Court for the Northern District of Texas now accepts claims in all cases electronically via the Online Claim Filing System. The Court strongly encourages e−Filing your Proof of Claim.

E−filing is fast, free and does not require a login or password.

To learn more and begin filing your Proof of Claim, please visit our website at:
http://www.txnb.uscourts.gov

CLAIMS ADDRESSED OR SENT TO THE DEBTOR, TRUSTEE, OR UNITED STATES TRUSTEE WILL NOT BE FILED.


DATED:  6/23/23              FOR THE COURT:
                             Robert P. Colwell, Clerk of Court

                             by: /s/Chris Tello, Deputy Clerk

Trustee: Jeffrey H. Mims

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-30771-sgj |
| Carl Gerard Dorvil | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 23, 2023 | Form ID: NOA | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carl Gerard Dorvil, 1114 Newcastle Dr., Rockwall, TX 75032-7481 |
| aty | + | Hendricks Poirot PC Cavazos, 900 Jackson St No. 570, Dallas, TX 75202-4459 |
| 20127519 | + | Ariel Bouskila Esq, 5 Hanover Square Ste 2102, New York, NY 10004-2635 |
| 20144566 | + | Benchmark Title, c/o Melissa Dorman Matthews, 500 North Akard Street, Dallas, TX 75201-3302 |
| 20127521 | + | Benchmark Title, 2007 Randle Street, Dallas, TX 75201-1500 |
| 20127522 | + | C6 Capital, 351 E 84th ST Suite #27E New York NY, New York, NY 10028-4458 |
| 20144570 | + | C6 Capital LLC, c/o 'Shapiro & Associates, PLLC, 3145 Coney Island Avenue, Brooklyn, NY 11235-5369 |
| 20144571 | + | C6 Capital LLC, c/o David J. Szalyga / Shapiro & Associa, 3145 Coney Island Avenue, Brooklyn, NY 11235-5369 |
| 20127523 | + | Calvary Fund I, LP, c/o Fox Rothschild LP, LP 101 Park Ave, 17th FL, New York, NY 10178-1700 |
| 20144573 | + | Charles & Kathy Mason, c/o Christopher M. McNeil / Block Garden, 5949 Sherry Lane Suite 900, Dallas, TX 75225-0016 |
| 20127524 | + | Charles and Kathleen Mason, 5 Wagener Place, Hilton Head Island, SC 29928-3909 |
| 20127525 | + | Compass Bank, c/o John M Kuykendall, 15601 Dallas Parkway STE 900, Addison, TX 75001-6098 |
| 20144577 | + | Compass Bank, c/o Jack Meyer Kuykendall /, 5048 Tennyson Pkwy, Suite 250, Plano, TX 75024-3067 |
| 20144576 | + | Compass Bank, c/o The Law Offices of Jack M. Kuykendal, 5048 Tennyson Pkwy, Suite 250, Plano, TX 75024-3067 |
| 20144578 | + | Complete Business Solutions Group, c/o ALFANO, GAETAN J, 1818 MARKET ST, SUITE 3402, Philadelphia, PA 19103-3656 |
| 20144580 | + | EIN Cap, Inc., c/o Joseph S. Koval, 3703 Severn Rd., Cleveland, OH 44118-1908 |
| 20144584 | + | EMA Financial, LLC, c/o Law Office of Jeffrey Fleischmann P, 150 Broadway Suite 900, New York, NY 10038-4348 |
| 20144583 | + | EMA Financial, LLC, c/o Alan Dabdoub / Lynn Pinker Hurst &, 2100 Ross Avenue Suite 2700, Dallas, TX 75201-7919 |
| 20127529 | + | Hop Capital, c/o Ariel Bouskila; Berkovitch & Bouskil, 5 Hanover Square Ste 2102, New York, NY 10004-2635 |
| 20127532 | + | Jeffrey Fleischmann, 150 Broadway STE 900, New York, NY 10038-4348 |
| 20144591 | + | Joe Frontiere, 9235 W Marsh Island,, Vero Beach, FL 32963-9532 |
| 20144594 | + | Kings Cash Group, c/o Freedman & Price PC, 1102 West Avenue Suite 200, Austin, TX 78701-2061 |
| 20127533 | + | Kings Cash Group, 40 Exchange Place STE 1306, New York, NY 10005-2743 |
| 20127534 | + | Kings Cash Group, 30 Broad Street, Suite 1201, New York, NY 10004-2304 |
| 20127536 | | North Texas Capital Partner, c/o Carlos R Cortez, 1280 N Central Expy STE 360, Dallas, TX 75243 |
| 20144596 | | North Texas Capital Partners, c/o Carlos R Cortez, 1280 N Central Expy STE 360, Dallas, TX 75243 |
| 20144597 | + | North Texas Capital Partners, c/o Carlos R Cortez / Cortez Law Firm, 12801 N Central Expressway, Dallas, TX 75243-1733 |
| 20144598 | + | Nuaxess, Inc, 1111 Beltline Rd, Suite 108E, Garland, TX 75040-3201 |
| 20127537 | + | Payroll Express, 1871 Martin Ave, Santa Clara, CA 95050-2501 |
| 20144600 | + | Primeaxess 2, 1111 Beltline Rd, Suite 108E, Garland, TX 75040-3201 |
| 20144601 | + | Quad M Solutions, 9235 W Marsh Island, Vero Beach, FL 32963-9532 |
| 20144604 | | SETCO INTERNATIONAL FORWARDING CO., c/o James Erdle/ Glast, Phillips and M, 14801 Quorum Drive Suite 500, Dallas, TX 75254-1449 |
| 20144605 | | Texans Cu, Richardson, TX 75081 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | | Jun 23 2023 21:39:00 | Rockwall CAD, Linebarger Goggan Blair & |

| District/off: 0539-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: NOA | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sampson. LLP, c/o Sherrel K. Knighton, 2777 N Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| 20127520 | + | Email/Text: bcd@oag.texas.gov | Jun 23 2023 21:39:00 | Attorney General of Texas, Bankruptcy Division, P.O. Box 12548, Austin, TX 78711-2548 |
| 20144567 | + | Email/Text: BNCnotices@bblawpllc.com | Jun 23 2023 21:39:00 | Business Merchant Funding, c/o Berkovitch & Bouskila, PLLC, 80 Broad St., New York, NJ 10004-2209 |
| 20144568 | + | Email/Text: BNCnotices@bblawpllc.com | Jun 23 2023 21:39:00 | Business Merchant Funding, c/o Berkovitch & Bouskila, PLLC, 80 Broad St,, New York, NY 10004-2209 |
| 20144587 | + | Email/Text: BNCnotices@bblawpllc.com | Jun 23 2023 21:39:00 | HOP Capital, c/o Steven Berkovitch / Berkovitch & Bou, 1545 Route 202, Pomona, NY 10970-2951 |
| 20144586 | + | Email/Text: BNCnotices@bblawpllc.com | Jun 23 2023 21:39:00 | HOP Capital, c/o Berkovitch & Bouskila PLLC, 1545 Route 202, Pomona, NY 10970-2951 |
| 20127530 | | EDI: IRS.COM | Jun 24 2023 01:31:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 20127535 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 23 2023 21:39:00 | Linebarger, Goggan Blain & Sampson, 2777 N. Stemmons Fwy, Suite 100, Dallas, TX 75207-2502 |
| 20144602 | ^ | MEBN | Jun 23 2023 21:35:46 | Quest Diagnostics, PO Box 9000, South Windsor, CT 06074-9000 |
| 20127539 | | Email/Text: pacer@cpa.state.tx.us | Jun 23 2023 21:39:00 | Texas Comptroller of Public Accounts, Revenue Accting Div,-Banker Section, P.O. Box 13528, Austin, TX 78711-3528 |
| 20127538 | + | Email/PDF: sabkr@texanscu.org | Jun 23 2023 21:51:26 | Texans CU, 777 E. Campbell, Richardson, TX 75081-1891 |
| 20127540 | | Email/Text: collections.pacer@twc.texas.gov | Jun 23 2023 21:39:00 | Texas Workforce Commission, 101 E. 15th St., Austin, TX 78778-0001 |
| 20127541 | ^ | MEBN | Jun 23 2023 21:35:05 | US Attorney General, Dept of Justice/Main Justice Bldg, 10th & Constitution Ave NW, Washington, DC 20530-0001 |
| 20127542 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 23 2023 21:39:00 | US Trustee Office, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20144563 | *+ | Ariel Bouskila Esq, 5 Hanover Square Ste 2102, New York, NY 10004-2635 |
| 20144564 | *+ | Attorney General of Texas, Bankruptcy Division, P.O. Box 12548, Austin, TX 78711-2548 |
| 20144565 | *+ | Benchmark Title, 2007 Randle Street, Dallas, TX 75201-1500 |
| 20144692 | *+ | Business Merchant Funding, c/o Berkovitch & Bouskila, PLLC, 80 Broad St,, New York, NY 10004-2209 |
| 20144569 | *+ | C6 Capital, 351 E 84th ST Suite #27E New York NY, New York, NY 10028-4458 |
| 20144572 | *+ | Calvary Fund I, LP, c/o Fox Rothschild LP, LP 101 Park Ave, 17th FL, New York, NY 10178-1700 |
| 20144574 | *+ | Charles and Kathleen Mason, 5 Wagener Place, Hilton Head Island, SC 29928-3909 |
| 20144575 | *+ | Compass Bank, c/o John M Kuykendall, 15601 Dallas Parkway STE 900, Addison, TX 75001-6098 |
| 20144579 | *+ | Complete Business Solutions Group, Inc.Court-, 22 N 3rd Street, Philadelphia, PA 19106-2113 |
| 20144581 | *+ | EIN Capital, 160 Pearl st FL 5 New York, NY 10005, New York, NY 10005-1631 |
| 20144582 | *+ | EMA Financial, 40 Wall Street, New York, NY 10005-1366 |
| 20144585 | *+ | HOP Capital, c/o Ariel Bouskila; Berkovitch & Bouskil, 5 Hanover Square Ste 2102, New York, NY 10004-2635 |
| 20127531 | *+ | Internal Revenue Service, Mail Code DAL - 5020, 1100 Commerce St., Dallas, TX 75242-1100 |
| 20144589 | *+ | Internal Revenue Service, Mail Code DAL - 5020, 1100 Commerce St., Dallas, TX 75242-1100 |
| 20144588 | * | Internal Revenue Service, Centralized Insolvency Operations, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 20144590 | *+ | Jeffrey Fleischmann, 150 Broadway STE 900, New York, NY 10038-4348 |

| District/off: 0539-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: NOA | Total Noticed: 47 |

| | | |
|---|---|---|
| 20144693 | *+ | Joe Frontiere, 9235 W Marsh Island,, Vero Beach, FL 32963-9532 |
| 20144592 | *+ | Kings Cash Group, 40 Exchange Place STE 1306, New York, NY 10005-2743 |
| 20144593 | *+ | Kings Cash Group, 30 Broad Street, Suite 1201, New York, NY 10004-2304 |
| 20144595 | *+ | Linebarger, Goggan Blain & Sampson, 2777 N. Stemmons Fwy, Suite 100, Dallas, TX 75207-2502 |
| 20144694 | *+ | Nuaxess, Inc, 1111 Beltline Rd, Suite 108E, Garland, TX 75040-3201 |
| 20144599 | *+ | Payroll Express, 1871 Martin Ave, Santa Clara, CA 95050-2501 |
| 20144695 | *+ | Primeaxess 2, 1111 Beltline Rd, Suite 108E, Garland, TX 75040-3201 |
| 20144696 | *+ | Quad M Solutions, 9235 W Marsh Island, Vero Beach, FL 32963-9532 |
| 20144697 | * | Quest Diagnostics, PO Box 9000, South Windsor, CT 06074-9000 |
| 20144698 | *+ | Setco International Forwarding Co., 12409 Jupiter Road, Dallas, TX 75218-1579 |
| 20144606 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, Texas Comptroller of Public Accounts, Revenue Accting Div,-Banker Section, P.O. Box 13528, Austin, TX 78711-3528 |
| 20144607 | * | Texas Workforce Commission, 101 E. 15th St., Austin, TX 78778-0001 |
| 20144608 | * | US Attorney General, Dept of Justice/Main Justice Bldg, 10th & Constitution Ave NW, Washington, DC 20530-0001 |
| 20144609 | *+ | US Trustee Office, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |
| 20127526 | ##+ | Complete Business Solutions Group, Inc.Court-, 22 N 3rd Street, Philadelphia, PA 19106-2113 |
| 20127527 | ##+ | EIN Capital, 160 Pearl st FL 5 New York, NY 10005, New York, NY 10005-1631 |
| 20127528 | ##+ | EMA Financial, 40 Wall Street, New York, NY 10005-1366 |
| 20144603 | ##+ | Setco International Forwarding Co., 12409 Jupiter Road, Dallas, TX 75218-1579 |

TOTAL: 0 Undeliverable, 30 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Brackett Hendricks | on behalf of Trustee Jeffrey H. Mims chuckh@chfirm.com chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com |
| Guy H. Holman | on behalf of Debtor Carl Gerard Dorvil gholman@debtreset.net 14246@notices.nextchapterbk.com;llucas@debtreset.net |
| Jason Alexander Enright | on behalf of Creditor Kathleen Mason jenright@winstead.com |
| Jason Alexander Enright | on behalf of Creditor Charles Mason jenright@winstead.com |
| Jeffrey H. Mims | jhm@trustesolutions.net |
| Phillip L. Lamberson | on behalf of Creditor Kathleen Mason plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Creditor Charles Mason plamberson@winstead.com |
| Robert W. Buchholz | on behalf of Creditor Agnaldo Vivaldo Gouveia bob@attorneybob.com |
| Robert W. Buchholz | on behalf of Creditor Rudy Neria bob@attorneybob.com |

District/off: 0539-3 User: admin Page 4 of 4
Date Rcvd: Jun 23, 2023 Form ID: NOA Total Noticed: 47

Robert W. Buchholz
        on behalf of Creditor NORTH TEXAS CAPITAL PARTNERS bob@attorneybob.com

Sherrel K. Knighton
        on behalf of Creditor Rockwall CAD Sherrel.Knighton@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Michael.Alvis@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
        ustpregion06.da.ecf@usdoj.gov


TOTAL: 12