Jeffrey H. Mims, Trustee
900 Jackson Street, Suite 560
Dallas, Texas 75202
(214)210-2913
jeffm@chfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE:                                )(
                                      )(
Dorvil, Carl Gerard                   )(      20-30771-SGJ-7


## TRUSTEE'S WITHDRAWL OF 341 MEETING REPORT

## TO THE HONORABLE JUDGE EVERETT, U. S. BANKRUPTCY JUDGE:

On June 14, 2023, Trustee conducted a continued 341(a) hearing for this case. On June 22, 2023, Trustee filed his Meeting of Creditors Report for the June 14, 2023 hearing and incorrectly stated that the meeting of creditors held on June 14, 2023 had been concluded.

Trustee seeks to withdraw Docket #35. Trustee will be simultaneously Filing his report of 341 meeting held on June 14, 2023 and continued on the record to July 12, 2023 at 1 p.m.. The upcoming continued hearing set for July 12, 2023 will be conducted telephonically by Trustee.

Dated this July 29, 2023.

                                        /s/ Jeffrey H. Mims, Trustee

**Jeffrey H. Mims, Trustee**