**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:** § | |
| § | |
| **CARL GERARD DORVIL,** § | **Case No. 23-30771-sgj7** |
| § | **Chapter 7** |
| **Debtor.** § | |

**ORDER GRANTING EMERGENCY MOTION OF**
**CARL GERARD DORVIL FOR RELIEF FROM THE AUTOMATIC STAY**

On September 5, 2023, the *Emergency Motion for Relief from the Automatic Stay* (the "Motion") was filed by Carl Gerard Dorvil (the "Debtor"), the debtor in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, and that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the automatic stay provided by 11 U.S.C. § 362 is modified as set forth herein so that the Debtor may proceed against Charles Mason and Kathleen Mason in the State Court Action[1] to prosecute his existing post-judgment rights and to file an appeal of the Judgment, if necessary; and it is further

**ORDERED** that the fourteen (14) day stay required under Bankruptcy Rule 4001(a)(3) is hereby waived.

# # # END OF ORDER # # #

Submitted by:

Melissa S. Hayward
  Texas Bar No. 24044908
  MHayward@HaywardFirm.com
**HAYWARD PLLC**
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel./Fax: (972) 755-7100

*Special Counsel for the Debtor*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.