Melissa S. Hayward
  Texas Bar No. 24044908
  MHayward@HaywardFirm.com
**HAYWARD PLLC**
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel./Fax: (972) 755-7100

*Special Counsel for the Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **CARL GERARD DORVIL,** | § | **Case No. 23-30771-sgj7** |
| | § | **Chapter 7** |
| Debtor. | § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing to consider the *Emergency Motion for Relief from the Automatic Stay* [Dkt. No. 48] filed by Carl Gerard Dorvil has been set on **Thursday, September 14, 2023 at 1:30 p.m.** before the Honorable Stacey G. C. Jernigan.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearing may appear as follows:

   i. For WebEx Video Participation/Attendance:
      Link: https://us-courts.webex.com/meet/jerniga

   ii. For WebEx Telephonic Only Participation/Attendance:
       Dial-In: 1.650.479.3207
       Meeting ID: 479 393 582

**PLEASE TAKE FURTHER NOTICE** that the Court requests that, in advance of the hearing, all parties familiarize themselves with the Court's Webex Information and Tips at:

https://www.txnb.uscourts.gov/content/judge-stacey-g-c-jernigan

DATED: September 12, 2023.

Respectfully submitted,

**HAYWARD PLLC**

By: */s/ Melissa S. Hayward*
　　Melissa S. Hayward
　　Texas Bar No. 24044908
　　MHayward@HaywardFirm.com

10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Tel./Fax: (972) 755-7100

*Special Counsel for Carl Gerard Dorvil*

## CERTIFICATE OF SERVICE

　　I hereby certify that a true and correct copy of the above and foregoing Notice of Hearing was sent electronically by the clerk of court on September 12, 2023 to counsel for Masons, the U.S. Trustee, and all parties requesting notice in this Bankruptcy Case.

　　　　　　　　　　　　　　　　　　　/s/ *Melissa S. Hayward*
　　　　　　　　　　　　　　　　　　　Melissa S. Hayward