

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 19, 2023

_____
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| **CARL GERARD DORVIL,** | §   Case No. 23-30771-sgj7 |
| | §   Chapter 7 |
| Debtor. | § |

### ORDER GRANTING
### RELIEF FROM THE AUTOMATIC STAY

CAME ON for consideration the *Emergency Motion for Relief from the Automatic Stay* [Dkt. 48] (the "Debtor's Motion") filed by Carl Gerard Dorvil (the "Debtor"), the debtor in the above-referenced case, and the *Motion of Charles and Kathleen Mason to Enforce the Automatic Stay and for Related Relief* [Dkt. 47] (the "Masons' Motion"). The Court finds that both the Debtor's Motion and the Masons' Motion were properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, and that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Debtor's Motion is granted and the Masons' Motion is granted in part as provided herein; and it is further

**ORDERED** that the automatic stay provided by 11 U.S.C. § 362 is modified as set forth herein so that the Debtor and the Masons may proceed in the State Court Action[1] to prosecute or defend against any post-judgment rights and an appeal of the Judgment, if necessary; and it is further

**ORDERED** that the fourteen (14) day stay required under Bankruptcy Rule 4001(a)(3) is hereby waived; and it is further

**ORDERED** that the Court retains jurisdiction to interpret and enforce this Order and to enter further orders as necessary.

# # # END OF ORDER # # #

Submitted by:

Melissa S. Hayward
  Texas Bar No. 24044908
  MHayward@HaywardFirm.com
**HAYWARD PLLC**
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel./Fax: (972) 755-7100

*Special Counsel for the Debtor*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.