

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 17, 2023**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: | § § § | |
| CARL GERARD DORVIL, | § § | Case No. 23-30771-sgj7 |
| Debtor. | § § § | |

## ORDER GRANTING RULE 2004 MOTION FOR PRODUCTION OF DOCUMENTS FROM THE INTERNAL REVENUE SERVICE

On this day, came on for consideration the *Rule 2004 Motion for Production of Documents from the Internal Revenue Service* [Docket No. 64] (the "Motion") filed on October 20, 2023, by Jeffrey H. Mims, Chapter 7 Trustee (the "Trustee").  Having considered the Motion, the Court finds that the Motion should be **GRANTED** to the extent set out below.  It is therefore

**ORDERED** that the Motion is GRANTED as set out below; it is further

**ORDERED** that the Internal Revenue Service shall produce for examination and copying, all tax returns filed by the Debtor since January 1, 2015, including any and all tax transcripts maintained by the Internal Revenue Service for the Debtor.

### ### END OF ORDER ###

Order submitted by:

Charles B. Hendricks
State Bar No. 09451050
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7302
Email: chuckh@chfirm.com

Attorneys for Jeffrey H. Mims, Chapter 7 Trustee