**Exhibit A –Veritex Bank**

Suspected Accounts (See Attached Chart):

Account Holders:
Carl Gerard Dorvil        SSN: xxx-xx-7255        DOB: 06/16/1983        DL#: xxxx4050 (Texas)
Success Dynasty, LLC (Texas LLC) – EIN: 90-0705727
Agile Connections, LLC dba  Renaissance Global Investment Partners (Texas LLC) – EIN: 46-1110796
Genesis 6:8 (Texas Corporation) – EIN: 45-4250243
Group Excellence Management dba My Easy HQ (Texas LLC) – EIN: 56-2428818
P413 Management, LLC (Texas LLC) – EIN: 90-0705877
Vicar Capital Advisors, LLC (Texas LLC) – EIN: 46-3995578
Vicar Securities, LLC (Texas LLC) – EIN: 46-5486462
GEX Staffing, LLC dba Payroll Express, LLC (Texas LLC) – EIN: 82-1202524
Group Excellence, Inc.
Tutors with Tech, LLC
Vysion Investments One, LLC
Vicar Total Return Fund, LP
Vicar Partners, LLC
Vicar 1, LP


Known Addresses:
1114 Newcastle Drive
Rockwall, TX  75032

3015 Fontana Boulevard
Rockwall, TX  75032

7616 LBJ Freeway
Suite 515
Dallas, TX  75251

1900 Cedar Springs Road
Dallas, TX  75035

12001 North Central Expressway
Suite 825
Dallas, TX  75243

**Exhibit A
Page 1 of 2**

Exhibit A - Veritex Bank

| Carl Dorvil — Related Accounts |||
|---|---|---|
| Checking Account # | Name of Account | Address |
| 1125447 | Success Dynasty, LLC | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1154949 | Group Excellence, Inc. - Operating | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1154971 | Group Excellence, Inc. - Payroll | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1155202 | Tutors with Tech, LLC | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1155213 | Agile Connection | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1158733 | Genesis 6 8 | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1161175 | Group Excellence Management dba MyEasy HQ | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1169117 | P413 Management, LLC | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1170030 | Vysion Investments One, LLC | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1170899 | Carl Dorvil | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1209097 | Carl Dorvil | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1174078 | Carl and Kara Dorvil - Construction Account | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 1163815 | VICAR Capital Advisors, LLC | 100 Crescent Court, Suite 700, Dallas, TX 75201 |
| 1174837 | VICAR Securities, LLC | 100 Crescent Court, Suite 700, Dallas, TX 75201 |
| 1176487 | VICAR Total Return Fund, LP | 100 Crescent Court, Suite 700, Dallas, TX 75201 |
| 1180997 | VICAR Partners, LLC | 100 Crescent Court, Suite 700, Dallas, TX 75201 |
| 1184594 | VICAR I, LP | 100 Crescent Court, Suite 700, Dallas, TX 75201 |
| Loan Account # | Name of Account | |
| 7041462 | Carl and Kara Dorvil | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 7036625 | Group Excellence, Inc. | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |
| 7042513 | Group Excellence, Inc. | 12001 N Central Expwy., Suite 825, Dallas, TX 75243 |