Charles B. Hendricks
State Bar No. 09451050
Emily S. Wall
State Bar No. 24079534
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7307
Email: ewall@chfirm.com

Attorneys for Jeffrey H. Mims, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CARL GERARD DORVIL, | § | Case No. 23-30771-sgj7 |
| | § | |
| Debtor. | § | |
| | § | |

## AMENDED NOTICE OF HEARING

   PLEASE TAKE NOTICE that the hearing on the *Motion to Authorize Distribution of Property of the Estate* [Docket No. 106] will now be held before the Honorable Stacey G. C. Jernigan, 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas on Tuesday, **July 2, 2024 at 2:30 P.M.** and via WebEx videoconference.

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Meeting ID: 2304 154 2638

**The WebEx instructions may be accessed here:**

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates

Parties are requested to review the instructions prior to the hearing.

Dated: June 21, 2024.

Respectfully Submitted,

/s/ Emily S. Wall
Charles B. Hendricks
State Bar No. 09451050
Emily S. Wall
State Bar No. 24079534
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7307
Email: ewall@chfirm.com

Attorneys for Jeffrey H. Mims, Chapter 7 Trustee