

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 14, 2024

_____
United States Bankruptcy Judge
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In Re:<br><br>CARL GERARD DORVIL,<br><br>Debtor. | § <br> § <br> § Case No. 23-30771-sgj7 <br> § <br> § Hearing Date: July 2, 2024 <br> § Hearing Time: 2:30 P.M. <br> § |

## ORDER GRANTING TRUSTEE'S MOTION TO AUTHORIZE DISTRIBUTION OF PROPERTY OF THE ESTATE

On July 2, 2024, the Court held a hearing on the *Trustee's Motion to Authorize Distribution of Property of the Estate* [Docket No. 106] (the "Motion") filed on May 24, 2024, by Jeffrey H. Mims, Chapter 7 Trustee (the "Trustee"). Having considered the Motion, the objection to the Motion filed by the Debtor [Docket No. 109], and the arguments presented at the hearing, and for the reasons stated on the record at the hearing, the Court finds that the Motion should be **GRANTED**. It is therefore

**ORDERED** that the Motion be and hereby is **GRANTED**, and the Trustee is authorized to distribute funds on hand in this estate as set out in the chart attached to this Order as **Exhibit**

**A**, including the Trustee's payment of his statutory commission under 11 U.S.C. § 326(a).

### ### END OF ORDER ###

## EXHIBIT A - DORVIL - Proposed Final Distribution

| | | Debtor's separate & joint-managed community property | | Non-filing spouse's sole-managed community property | | |
|---|---|---|---|---|---|---|
| | | **541(a)(1)** | | **541(a)(2)(B)** | | |
| **Estate Funds** | | | | | | |
| funds collected | | 88,656.79 | | 59,839.55 | 148,496.34 | |
| Trustee's counsel - interim - admin | 20,414.68 | -20,414.68 | | 0.00 | | |
| balance of funds on hand as of 5/23/24 | | 68,242.11 | | 59,839.55 | 128,081.66 | |
| 326 commission - admin | 10,647.82 | -5,673.18 | | -4,974.64 | | 726(c)(1) |
| Trustee's counsel - final - admin | 14,041.37 | -7,481.26 | | -6,560.11 | | 726(c)(1) |
| | | 55,087.67 | | 48,304.80 | | |
| **Claims** | | | | | | |
| Internal Revenue Service priority - pay 100% | 8,914.74 | 0.00 | | -8,914.74 | | 726(c)(2)(A) |
| | | 55,087.67 | | 39,390.06 | | |
| North Texas Capital Partners, LP (T) | 1,427,017.19 | -7,522.16 | | -8,480.50 | | 726(c)(2)(A) |
| Charles & Kathleen Mason (T) | 5,201,163.83 | -27,416.62 | | -30,909.56 | | 726(c)(2)(A) |
| Complete Business Solutions Group, Inc. (C) | 3,822,416.06 | -20,148.90 | | 0.00 | | 726(c)(2)(C) |
| | | 0.00 | | 0.00 | | |
| **Subordinated Claims** | | | | | | |
| Charles & Kathleen Mason (T) - exemplary damages | 1,000,000.00 | 0.00 | | 0.00 | | 726(a)(4) |

6,628,181.02 total T claims
10,450,597.08 total T + C claims