**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 23-30771-SGJ | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|
| Case Name: | DORVIL, CARL GERARD | Date Filed (f) or Converted (c): | 04/20/2023 (f) |
| For the Period Ending: | 9/5/2024 | §341(a) Meeting Date: | 05/16/2023 |
| | | Claims Bar Date: | 09/20/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7200 S. Las Vegas Blvd Las Vegas NV 89119 | $10,000.00 | $10,000.00 | | $0.00 | FA |
| 2 | 1114 Newcastle Dr. Rockwall TX 75032 | $1,234,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2022 Cadillac Escalade Mileage: 13000 Other Information: Condition:Excellent; | $78,850.00 | $0.00 | | $0.00 | FA |
| 4 | 2022 Cadillac Escalade Mileage: 4000 Other Information: Condition:Very Good; Wife's Car; | $40,000.00 | $0.00 | | $0.00 | FA |
| 5 | Refrig, stove, washer, dryer, tables, chairs, 3 Bedroom sets, Dining Room Set | $7,000.00 | $0.00 | | $0.00 | FA |
| 6 | Cell phone, 3 Tv's , laptop | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | Sporting Goods | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Pistol | $300.00 | $0.00 | | $0.00 | FA |
| 9 | Everyday Clothing | $3,000.00 | $0.00 | | $0.00 | FA |
| 10 | 2 Dogs | $200.00 | $0.00 | | $0.00 | FA |
| 11 | Checking- Inwood National Bank (non-filing spouse's separately managed acct). | $60,000.00 | $60,000.00 | | $59,839.55 | FA |
| 12 | Checking- Gusto Digital Wallet | $5,206.96 | $5,206.96 | | $0.00 | FA |
| Asset Notes: | See Asset #13 -- collected digital wallet in sum collected from Debtor acct. in asset #13 | | | | | |
| 13 | Checking- Compass Bank | $24,163.69 | $24,163.69 | | $29,370.65 | FA |
| 14 | Savings- Inwood National Bank (non-filing spouse separately managed acct). | $50,000.00 | $50,000.00 | | $50,330.44 | FA |
| 15 | GXXM | $18.00 | $18.00 | | $0.00 | FA |
| 16 | AXA/ Equivest Simple IRA | $9,438.12 | $0.00 | | $0.00 | FA |
| 17 | Fidelity Roth IRA | $2,683.64 | $0.00 | | $0.00 | FA |
| 18 | TD Ameritrade Simple IRA | $31,517.00 | $0.00 | | $0.00 | FA |
| 19 | Attorney Retainer -Bhatti Law Firm | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 20 | Edward Jones Variable Life ($2.1MM Face) Beneficiary: Kara Dorvil | $5,366.24 | $0.00 | | $0.00 | FA |
| 21 | Christopher Sahliyeh (indemnity) | Unknown | Unknown | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 2

| Case No.: | 23-30771-SGJ | | | Trustee Name: | Jeffrey H. Mims |
| Case Name: | DORVIL, CARL GERARD | | | Date Filed (f) or Converted (c): | 04/20/2023 (f) |
| For the Period Ending: | 9/5/2024 | | | §341(a) Meeting Date: | 05/16/2023 |
| | | | | Claims Bar Date: | 09/20/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $1,613,943.65 | $199,388.65 | | $139,540.64 | $0.00 |

**Major Activities affecting case closing:**

10/20/2023   Trustee investigating case and has subpoenaed bank statements from various banks for accounts previously held by Debtor.

| **Initial Projected Date Of Final Report (TFR):** | 08/31/2024 | **Current Projected Date Of Final Report (TFR):** | /s/ JEFFREY H. MIMS |
|---|---|---|---|
| | | | JEFFREY H. MIMS |
| | | | TRUSTEE |